Patrick L. Deedon, State Bar No. 245490
John R. Powell, State Bar No. 320187
**MAIRE & DEEDON**
2851 Park Marina Drive, Suite 300
Redding, CA 96001-2813
(530) 246-6050 / 246-6060 (fax)
*pdeedon@maire-law.com*
*jpowell@maire-law.com*

Attorneys for Defendant,
COSTCO WHOLESALE CORP.

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL LIEBICK, SHARON CLARK Individually and as Guardian ad Litem for JANE DOE 1, JANE DOE 2 AND JOHN DOE and JASON FRANKLIN, <br><br> Plaintiffs, <br><br> vs. <br><br> SAMSUNG ELECTRONICS AMERICA, INC., COSTCO WHOLESALE CORP. and DOES 1 to 10, <br><br> Defendants. | CASE NO. <br><br> **NOTICE OF REMOVAL** **[28 U.S.C. § 1446(a), (b)]** |

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

1.      COSTCO WHOLESALE CORPORATION is a Defendant in the civil action brought on March 20, 2025, in the Superior Court of California, County of Shasta. Pursuant to provisions of Section 1441 and 1446 of Title 28 of the United States Code, Defendant COSTCO

Maire & Deedon
2851 Park Marina Dr., Ste. 300
Redding, CA 96001-2813
(530) 246-6050

NOTICE OF REMOVAL [28 U.S.C. § 1446(a), (b)]

WHOLESALE CORPORATION removes this action to the United States District Court for the Eastern District of California, which is the judicial district in which the action is pending.

2.     The grounds for removal of this action are:

a.   On March 20, 2025, Plaintiff filed a complaint in the Superior Court of California, County of Shasta, No. 207317.

b.   There is complete diversity of citizenship between the Plaintiff and the Defendants in this action because:

    i.   The Plaintiffs are NEIL LIEBICK, SHARON CLARK individually and as Guardian ad Litem for JANE DOE 1, JANE DOE 2, and JOHN DOE and JASON FRANKLIN who are citizens of the State of California.

    ii.   Defendant COSTCO WHOLESALE CORPORATION is a corporation that is a citizen of the State of Washington, organized under the laws of the State of Washington with its principal place of business in Issaquah, Washington.

    iii.   Defendant Samsung Electronics America Inc is a corporation that is a citizen of the State of New York and headquartered in New Jersey.

    iv.   The Defendants identified as "Does" 1 to 10 in Plaintiffs' complaint are merely fictitious parties against whom no cause of action can be validly alleged. To the best of Defendant's information and belief, no fictitiously designated Defendant has been served with process, and these fictitious parties may be disregarded for purposes of determining removability.

c.   More than $75,000, exclusive of interest and costs, is in controversy in this action.

3.     This Notice of Removal is timely under Section 1446(b), (c) of Title 28 of the United States Code because the Plaintiffs' summons and complaint in this action was served on

Maire & Deedon
2851 Park Marina Dr., Ste. 300
Redding, CA 96001-2813
(530) 246-6050

NOTICE OF REMOVAL [28 U.S.C. § 1446(a), (b)]

PAGE 2

Defendant COSTCO on April 11, 2025. This Notice of Removal is filed within 30 days of receipt of the complaint and within one year of the commencement of the action, so that it is timely filed under 28 U.S.C. Section 1446(b)(1), (c).

4.    All state-court papers served on Defendant COSTCO WHOLESALE CORPORATION at the time of removal, consisting of the summons, complaint and First Amended Complaint are attached.

Dated:  May 6, 2025                                    MAIRE & DEEDON

PATRICK L. DEEDON
JOHN R. POWELL
Attorneys for Defendant,
COSTCO WHOLESALE CORP.

Maire & Deedon
2851 Park Marina Dr., Ste. 300
Redding, CA 96001-2813
(530) 246-6050

NOTICE OF REMOVAL [28 U.S.C. § 1446(a), (b)]                    PAGE 3

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**
SAMSUNG ELECTRONICS AMERICA, INC. and COSTCO
WHOLESALE CORP., and DOES 1 to 10

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**
NEIL LIEBICK, SHARON CLARK individually and as guardian ad Litem for
JANE DOE 1, JANE DOE 2, JOHN DOE; and JASON FRANKLIN

| |
|---|
| **FOR COURT USE ONLY** *(SOLO PARA USO DE LA CORTE)* |
| **FILED** |
| MAR 2 0 2025 |
| SHASTA COUNTY SUPERIOR COURT BY: C. BRUSH, DEPUTY CLERK |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* | **CASE NUMBER:** *(Número del Caso):* |
|---|---|
| Shasta County Superior Court 1500 Court Street, Suite 206 Redding, CA 96001 | 207317 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Ronald J. Cook, Esq./SBN 121398 - COOK LAW GROUP
20 S. Santa Cruz Ave., Suite 310, Los Gatos, CA 95030
408-494-9211; email: ron@roncooklawgroup.com

| DATE: *(Fecha)* MAR 2 0 2025 | Clerk, by *(Secretario)* **C. BRUSH** | , Deputy *(Adjunto)* |
|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

| [SEAL] | **NOTICE TO THE PERSON SERVED:** You are served |
|---|---|
| | 1. ☐ as an individual defendant. |
| | 2. ☐ as the person sued under the fictitious name of *(specify):* |
| | 3. ☒ on behalf of *(specify):* COSTCO WHOLESALE CORP. |
| | under: ☒ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor) |
| | ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee) |
| | ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person) |
| | ☐ other *(specify):* |
| | 4. ☐ by personal delivery on *(date):* |

Page 1 of 1

| Form Adopted for Mandatory Use Judicial Council of California SUM-100 (Rev. July 1, 2009) | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 www.courtinfo.ca.gov |
|---|---|---|

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: 121398 | FOR COURT USE ONLY |
|---|---|---|
| NAME: RONALD J. COOK | | |
| FIRM NAME: COOK LAW GROUP | | |
| STREET ADDRESS: 20 S. Santa Cruz Avenue, Suite 310 | | |
| CITY: Los Gatos      STATE: CA      ZIP CODE: 95030 | | |
| TELEPHONE NO.: 408-494-9211      FAX NO.: | | |
| EMAIL ADDRESS: ron@roncooklawgroup.com | | |
| ATTORNEY FOR (name): NEIL LIEBICK, SHARON CLARK, indv and as guardian ad litem for JANE DOE 1, JANE DOE 2, and JOHN DOE; and JASON FRANKLIN | | |

**FILED**

MAR 2 0 2025

SHASTA COUNTY SUPERIOR COURT
BY: C. BRUSH, DEPUTY CLERK

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SHASTA**
STREET ADDRESS: 1500 Court Street, Suite 206
MAILING ADDRESS:
CITY AND ZIP CODE: Redding, CA 96001
BRANCH NAME: Main Courthouse

PLAINTIFF: NEIL LIEBICK, SHARON CLARK individually and as guardian ad litem for JANE DOE 1, JANE DOE 2 and JOHN DOE; and JASON FRANKLIN
DEFENDANT: SAMSUNG ELECTRONICS AMERICA, INC. and COSTCO WHOLESALE CORP.

[x] DOES 1 TO 10

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death | CASE NUMBER: |
|---|---|
| [ ] AMENDED (Number): | |
| Type (check all that apply): | |
| [ ] MOTOR VEHICLE     [ ] OTHER (specify): | **207317** |
| [x] Property Damage     [ ] Wrongful Death | |
| [x] Personal Injury     [ ] Other Damages (specify): | |

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)
   Amount demanded [ ] does not exceed $10,000
                 [ ] exceeds $10,000
[x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
     [ ] from limited to unlimited
     [ ] from unlimited to limited

1. Plaintiff (name or names): NEIL LIEBICK, SHARON CLARK individually and as guardian ad litem for JANE DOE 1, JANE DOE 2 and JOHN DOE; and JASON FRANKLIN
   alleges causes of action against defendant (name or names): SAMSUNG RELECTRONICS AMERICA, INC. and COSTCO WHOLESALE CORP. and DOES 1 to 10

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5

3. Each plaintiff named above is a competent adult
   a. [x] except plaintiff (name): JANE DOE 1 (DOB: 10/7/2010)
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor     [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [x] except plaintiff (name): JANE DOE 2 (DOB: 6/25/2021)
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [x] a minor     [ ] an adult
         (a) [x] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   [x] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

BY FAX

PLD-PI-001

| SHORT TITLE: LIEBICK, et al. v. SAMSUNG, et al. | CASE NUMBER: |
| --- | --- |

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ **except** defendant *(name):* SAMSUNG ELECTRONICS AMERICA, INC.
      (1) ☐ a business organization, form unknown.
      (2) ☒ a corporation.
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   c. ☒ **except** defendant *(name):* COSTCO WHOLESALE CORP.
      (1) ☐ a business organization, form unknown.
      (2) ☒ a corporation.
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   b. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers):* 1 - 5          were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers):* 6 - 10          are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify):*

PLD-PI-001

| SHORT TITLE:  LIEBICK, et al.v. SAMSUNG ELECTRONICS, et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

- a. ☐ Motor Vehicle
- b. ☐ General Negligence
- c. ☐ Intentional Tort
- d. ☒ Products Liability
- e. ☐ Premises Liability
- f. ☐ Other *(specify):*

11. Plaintiff has suffered *(check all that apply)*

- a. ☒ wage loss.
- b. ☒ loss of use of property.
- c. ☒ hospital and medical expenses.
- d. ☒ general damage.
- e. ☒ property damage.
- f. ☐ loss of earning capacity.
- g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are

- a. ☐ listed in Attachment 12.
- b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

- a. (1) ☒ compensatory damages.
    (2) ☐ punitive damages.
- b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
    (1) ☒ according to proof.
    (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date:  March 18, 2025

RONALD J. COOK
_____
(TYPE OR PRINT NAME)

▶ *Ronald J. Cook*
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2024]  **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**  Page 3 of 3

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[Print this form] [Save this form]      [Clear this form]

MC-025

| SHORT TITLE: | CASE NUMBER: |
| --- | --- |
| LIEBICK v. SAMSUNG | |

ATTACHMENT (Number): 3

(This Attachment may be used with any Judicial Council form.)

3(C): JOHN DOE - DOB: 05/31/2017

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page ~~Page 4~~ 1 of 1

(Add pages as required)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

PLD-PI-001(5)

| SHORT TITLE: LIEBICK v. SAMSUNG | CASE NUMBER: |
| --- | --- |

FIRST _____ **CAUSE OF ACTION—Products Liability**    Page ____5____
    *(number)*

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):*

**Prod. L-1.** On or about *(date):*   January 8, 2024      plaintiff was injured by the following product:
Samsung Electric Range/Stove - Model No.: NE58K9850WS/AA

**Prod. L-2.** Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
    ☐ used in the manner intended by the defendants.
    ☑ used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

**Prod. L-3.** Plaintiff was a
    ☑ purchaser of the product.      ☑ user of the product.
    ☐ bystander to the use of the product.      ☐ other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

**Prod. L- 4.** ☐ **Count One—Strict liability** of the following defendants who
    a. ☑ manufactured or assembled the product *(names):*
        SAMSUNG ELECTRONICS AMERICA, INC.

        ☐ Does _____ to _____

    b. ☑ designed and manufactured component parts supplied to the manufacturer *(names):*
        SAMSUNG ELECTRONICS AMERICA, INC.

        ☐ Does _____ to _____

    c. ☑ sold the product to the public *(names):*
        COSTCO WHOLESALE CORP.

        ☐ Does _____ to _____

**Prod. L-5.** ☑ **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*
    SAMSUNG ELECTRONICS AMERICA, INC.; COSTCO WHOLESALE CORP.
    ☐ Does _____ to _____

**Prod. L-6.** ☑ **Count Three—Breach of warranty** by the following defendants *(names):*
    SAMSUNG ELECTRONICS AMERICA, INC.; COSTCO WHOLESALE CORP.
    ☑ Does 1 _____ to 10 _____
    a. ☐ who breached an implied warranty
    b. ☑ who breached an express warranty which was
        ☑ written ☐ oral

**Prod. L-7.** ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
    ☐ listed in Attachment-Prod. L-7 ☐ as follows:

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]
**CAUSE OF ACTION—Products Liability**
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

**SUM-100**

# SUMMONS on FIRST AMENDED COMPLAINT
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
SAMSUNG ELECTRONICS AMERICA, INC. and COSTCO
WHOLESALE CORP., and DOES 1 to 10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
NEIL LIEBICK, SHARON CLARK individually and as guardian ad Litem for
JANE DOE 1, JANE DOE 2, JOHN DOE; and JASON FRANKLIN

*FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)*

**FILED**

APR 17 2025

SHASTA COUNTY SUPERIOR COURT
BY: N. PRESTON, DEPUTY CLERK

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Shasta County Superior Court
1500 Court Street, Suite 206
Redding, CA 96001

**CASE NUMBER:**
*(Número del Caso):*
207317

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Ronald J. Cook, Esq./SBN 121398 - COOK LAW GROUP
20 S. Santa Cruz Ave., Suite 310, Los Gatos, CA 95030
408-494-9211; email: ron@roncooklawgroup.com

DATE: APR 17 2025
*(Fecha)*

Clerk, by **N. PRESTON**, Deputy
*(Secretario)* *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* COSTCO WHOLESALE CORP.
   under: ☒ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☐ other.*(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: 121398 | FOR COURT USE ONLY |
|---|---|---|

NAME: RONALD J. COOK
FIRM NAME: COOK LAW GROUP
STREET ADDRESS: 20 S. Santa Cruz Avenue, Suite 310
CITY: Los Gatos     STATE: CA     ZIP CODE: 95030
TELEPHONE NO.: 408-494-9211     FAX NO.:
EMAIL ADDRESS: ron@roncooklawgroup.com
ATTORNEY FOR (name): NEIL LYBECK, SHARON CLARK, indv and as guardian ad litem for JANE DOE 1, JANE DOE 2, and JOHN DOE; and JASON FRANKLIN

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SHASTA
STREET ADDRESS: 1500 Court Street, Suite 206
MAILING ADDRESS:
CITY AND ZIP CODE: Redding, CA 96001
BRANCH NAME: Main Courthouse

PLAINTIFF: NEIL LIEBICK, SHARON CLARK individually and as guardian ad litem for JANE DOE 1, JANE DOE 2 and JOHN DOE; and JASON FRANKLIN
DEFENDANT: SAMSUNG ELECTRONICS AMERICA, INC. and COSTCO WHOLESALE CORP.

[x] DOES 1 TO 10

**FILED**

APR 17 2025

SHASTA COUNTY SUPERIOR COURT
BY: N. PRESTON, DEPUTY CLERK

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death | CASE NUMBER: |
|---|---|
| [x] AMENDED (Number): FIRST | 207317 |

Type (check all that apply):
[ ] MOTOR VEHICLE     [ ] OTHER (specify):
    [x] Property Damage    [ ] Wrongful Death
    [x] Personal Injury    [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)
    Amount demanded [ ] does not exceed $10,000
                    [ ] exceeds $10,000
[x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

1. Plaintiff (name or names): NEIL LIEBICK, SHARON CLARK individually and as guardian ad litem for JANE DOE 1, JANE DOE 2 and JOHN DOE; and JASON FRANKLIN
alleges causes of action against defendant (name or names): SAMSUNG RELECTRONICS AMERICA, INC. and COSTCO WHOLESALE CORP. and DOES 1 to 10

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5

3. Each plaintiff named above is a competent adult
   a. [x] except plaintiff (name): JANE DOE 1 (DOB: 10/7/2010)
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor    [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
          (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [x] except plaintiff (name): JANE DOE 2 (DOB: 6/25/2021)
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [x] a minor    [ ] an adult
          (a) [x] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
          (b) [ ] other (specify):
      (5) [ ] other (specify):
   [x] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2024]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courts.ca.gov

BY FAX

PLD-PI-001

| SHORT TITLE: LIEBICK, et al. v. SAMSUNG, et al. | CASE NUMBER: 207317 |
| --- | --- |

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): SAMSUNG ELECTRONICS AMERICA, INC.
      (1) ☐ a business organization, form unknown.
      (2) ☒ a corporation.
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☒ except defendant (name): COSTCO WHOLESALE CORP.
      (1) ☐ a business organization, form unknown.
      (2) ☒ a corporation.
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1 - 5     were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 6 - 10     are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: LIEBICK, et al.v. SAMSUNG ELECTRONICS, et al. | CASE NUMBER:<br>207317 |
|---|---|

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):

   a. ☐ Motor Vehicle

   b. ☐ General Negligence

   c. ☐ Intentional Tort

   d. ☒ Products Liability

   e. ☐ Premises Liability

   f. ☐ Other (specify):

11. Plaintiff has suffered (check all that apply)

   a. ☒ wage loss.

   b. ☒ loss of use of property.

   c. ☒ hospital and medical expenses.

   d. ☒ general damage.

   e. ☒ property damage.

   f. ☐ loss of earning capacity.

   g. ☐ other damage (specify):

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are

   a. ☐ listed in Attachment 12.

   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

   a. (1) ☒ compensatory damages.

      (2) ☐ punitive damages.

   b. The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):

      (1) ☒ according to proof.

      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: April 16, 2025

RONALD J. COOK

(TYPE OR PRINT NAME)

► *Ronald J. Cook*

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2024]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 3 of 3

For your protection and privacy, please press the Clear This Form button after you have printed the form.

Print this form    Save this form    Clear this form

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| LIEBICK v. SAMSUNG | 207317 |

**ATTACHMENT** *(Number):* 3

*(This Attachment may be used with any Judicial Council form.)*

3(C): JOHN DOE - DOB: 05/31/2017

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1
Page 4
*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov

PLD-PI-001(5)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| LIEBICK v. SAMSUNG | 207317 |

FIRST _____ CAUSE OF ACTION—Products Liability   Page ___5___
    (number)

ATTACHMENT TO  [✔] Complaint  [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):*   Neil Liebick, Sharon Clark, individually and as guardian ad litem for Jane Doe 1, Jane Doe 2, and John Doe; and Jason Franklin

Prod. L-1. On or about *(date):*  January 8, 2024      .      plaintiff was injured by the following product:
Samsung Electric Range/Stove - Model No.: NE58K9850WS/AA

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
    [ ] used in the manner intended by the defendants.
    [✔] used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
    [✔] purchaser of the product.         [✔] user of the product.
    [ ] bystander to the use of the product.     [ ] other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L- 4.  [ ] **Count One—Strict liability** of the following defendants who
    a. [✔] manufactured or assembled the product *(names):*
        SAMSUNG ELECTRONICS AMERICA, INC.

        [ ] Does _____ to _____

    b. [✔] designed and manufactured component parts supplied to the manufacturer *(names):*
        SAMSUNG ELECTRONICS AMERICA, INC.

        [ ] Does _____ to _____

    c. [✔] sold the product to the public *(names):*
        COSTCO WHOLESALE CORP.

        [ ] Does _____ to _____

Prod. L-5. [✔] **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):* .
    SAMSUNG ELECTRONICS AMERICA, INC.; COSTCO WHOLESALE CORP.
        [ ] Does _____ to _____

Prod. L-6. [✔] **Count Three—Breach of warranty** by the following defendants *(names):*
    SAMSUNG ELECTRONICS AMERICA, INC.; COSTCO WHOLESALE CORP.
        [✔] Does 1 _____ to 10
    a. [ ] who breached an implied warranty .
    b. [✔] who breached an express warranty which was
        [✔] written [ ] oral

Prod. L-7. [✔] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
    [✔] listed in Attachment-Prod. L-7 [ ] as follows:

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

**CAUSE OF ACTION—Products Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Page 5

<u>ATTACHMENT -PROD. L-7</u>

On January 8, 2024, Samsung Model No. NE58K9850WS/AA, while being used in a foreseeable manner as the primary range/stove in the kitchen of Plaintiffs' family home, located 15801Horseless Carriage Drive, Redding, CA 96001, started a fire. The fire destroyed the house and its contents and resulted in bodily injury to all Plaintiffs other than Neil Liebick, who was away on a business trip. Plaintiff's purchased the product from Costco in or about 2023. After the fire, this model electric range was subject to a voluntary product recall by Samsung because the front-mounted knobs can be activated through accidental contact by people or pets. That defect caused this fire.

Re:    *Neil Liebick, et al. vs. Samsung Electronics America, Inc, et al.*
Eastern District Case No.:

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Shasta County, California at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within action; my business address is 2851 Park Marina Drive, Suite 300, Redding, California 96001.

On ___5/6/25___ I served the document(s) entitled **NOTICE OF REMOVAL [28 U.S.C. § 1446(a), (b)]** on the interested parties in this action as stated below:

### SEE ATTACHED SERVICE LIST

_____    **(BY MAIL):** I deposited such envelope in the mail at Redding, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Redding, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

_____    **(VIA OVERNIGHT MAIL):** I deposited such envelope to be placed for collection and handling via FED EX following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence for FED EX. On the same day that material is placed for collection, it is picked up by FED EX at Redding, California.

_____    **(VIA ELECTRONIC MAIL):** By transmitting a true copy of thereof to the electronic mail addresses as indicated below.

_____    **(BY HAND DELIVERY):** I caused to be delivered by hand each sealed envelope to the addressee(s) mentioned in the attached service/mailing list.

__X__    **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on ___5/6/25___, at Redding, California.

/s/ Lisa Morrison
LISA MORRISON

Maire & Deedon
2851 Park Marina Dr., Ste. 300
Redding, CA 96001-2813
(530) 246-6050

NOTICE OF REMOVAL [28 U.S.C. § 1446(a), (b)]    PAGE 4

Re:    *Neil Liebick, et al. vs. Samsung Electronics America, Inc, et al.*
Eastern District Case No.:

## SERVICE LIST

Ronald J. Cook
COOK LAW GROUP
20 S. Santa Cruz Avenue, Suite 310
Los Gatos, CA 95030
(408) 494-9211
ron@roncooklawgroup.com

Maire & Deedon
2851 Park Marina Dr., Ste. 300
Redding, CA 96001-2813
(530) 248-6050

PAGE 5

NOTICE OF REMOVAL [28 U.S.C. § 1446(a), (b)]