

## United States District Court
## Eastern District of California

Neil Liebick, Sharon Clark, et al.

Plaintiff(s)

Case Number: 2:25-cv-01300-DJC-DMC

V.

Samsung Electronics America, Inc., et al.

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Laura Hammargren hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
Samsung Electronics America, Inc.

On November 6, 2008 (date), I was admitted to practice and presently in good standing in the
State of Minnesota (court).  A certificate of good standing from that court is
submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court.  (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

Date: May 9, 2025            Signature of Applicant: /s/ _Laura Hammargren_

**Pro Hac Vice Attorney**

Applicant's Name: Laura Hammargren

Law Firm Name: Greenberg Traurig, LLP

Address: 90 South 7th St.

Suite 3500

City: Minneapolis    State: MN    Zip: 55402

Phone Number w/Area Code: 612-259-9700

City and State of Residence: St. Paul, Minnesota

Primary E-mail Address: Laura.Hammargren@gtlaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Anna Yeung

Law Firm Name: Greenberg Traurig, LLP

Address: 101 Second Street, Suite 2200

City: San Francisco    State: CA    Zip: 94105

Phone Number w/Area Code: (415) 590-5111    Bar # 294174

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 9, 2025

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE