Robert J. Herrington (SBN 234417)
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel:     (310) 586-7816
Fax:    (310) 586-7800
Robert.Herrington@gtlaw.com

Anna Yeung (SBN 294174)
**GREENBERG TRAURIG, LLP**
101 Second Street, Suite 2200
San Francisco, California 94105
Tel:     (415) 655-5111
Fax:    (415) 520-9319
yeunga@gtlaw.com

*Attorneys for Defendant*
Samsung Electronics America, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL LIEBICK, SHARON CLARK, individually and as guardian ad litem for JANE DOE 1, JANE DOE 2, and JOHN DOE; and JASON FRANKLIN,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., COSTCO WHOLESALE CORP., and DOES 1-10,<br><br>Defendants. | Case No. 2:25-cv-01300-DJC-DMC<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES RELATED TO DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing Date:   August 21, 2025<br>Time:                 1:30 p.m.<br>Judge:                Hon. Daniel Calabretta<br><br>Removal Filed: May 5, 2025 |

Plaintiffs NEIL LIEBICK, SHARON CLARK, individually and as guardian ad litem for JANE DOE 1, JANE DOE 2, and JOHN DOE; and JASON FRANKLIN ("Plaintiffs") and Defendants SAMSUNG ELECTRONICS AMERICA, INC. and COSTCO WHOLESALE CORP. ("Defendants") (collectively "Parties"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on June 9, 2025, Defendants file a Motion to Dismiss the First Amended Complaint (ECF No. 10);

WHEREAS, pursuant to E.D. Cal. Local Rule 230(c), Plaintiffs' opposition is currently due on June 23, 2025, and Defendants' reply is due on July 3, 2025;

WHEREAS, the hearing on the Motion to Dismiss is currently set for August 21, 2025;

WHEREAS, due to scheduling conflicts and other professional obligations, the parties have agreed to brief extension of the briefing deadlines;

WHEREAS, pursuant to the stipulated extension, Plaintiffs' opposition would be due on June 30, 2025, and Defendants' reply due on July 14, 2025; and

WHEREAS, the Parties' stipulated extension would have no impact on the hearing date, which remains scheduled for August 21, 2025.

NOW THEREFORE, in consideration of the foregoing, the Parties, by and through their respective counsel of record, HEREBY STIPULATE and respectfully request that the Court enter an order as follows:

1. Plaintiffs' deadline to file their opposition to the Motion to Dismiss shall be extended from June 23, 2025, to **June 30, 2025**;
2. Defendants' deadline to file their reply shall be extended from July 3, 2025, to **July 14, 2025**; and
3. The hearing on the Motion to Dismiss shall remain scheduled for **August 21, 2025**.

///
///
///
///
///
///

1  **IT IS SO STIPULATED.**

3  Dated: June 12, 2025                **GREENBERG TRAURIG, LLP**

                                       By:    /s/ *Anna Yeung*
                                              Robert J. Herrington
                                              Anna Yeung

                                              Attorneys for Defendant
                                              SAMSUNG ELECTRONICS AMERICA, INC.

9  Dated: June 12, 2025                **COOK LAW GROUP**

                                       By:    */s/ Ronald J. Cook*
                                              Ronald J. Cook
                                              Attorney for Plaintiffs

14 Dated: June 12, 2025                **MAIRE & DEEDON**

                                       By:    */s/ Patrick Deedon*
                                              Patrick Deedon

                                              Attorney for Defendant
                                              COSTCO WHOLESALE CORP.

# ORDER

Pursuant to the Parties' Stipulation to Extend Briefing Deadlines Related to Defendants' Motion to Dismiss and good cause appearing, the Court orders as follows:

1. Plaintiffs' deadline to file their opposition to the Motion to Dismiss is extended to **June 30, 2025**;
2. Defendants' deadline to file their reply is extended to **July 14, 2025**;
3. The hearing on the Motion to Dismiss remains set for **August 21, 2025**.

**IT IS SO ORDERED.**

Dated:  June 13, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE