Robert J. Herrington (SBN 234417)
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel:    (310) 586-7816
Fax:    (310) 586-7800
Robert.Herrington@gtlaw.com

Anna Yeung (SBN 294174)
**GREENBERG TRAURIG, LLP**
101 Second Street, Suite 2200
San Francisco, California 94105
Tel:    (415) 655-5111
Fax:    (415) 520-9319
yeunga@gtlaw.com

*Attorneys for Defendant*
Samsung Electronics America, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL LIEBICK, SHARON CLARK, individually and as guardian ad litem for JANE DOE 1, JANE DOE 2, and JOHN DOE; and JASON FRANKLIN,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., COSTCO WHOLESALE CORP., and DOES 1-10,<br><br>Defendants. | Case No. 2:25-cv-01300-DJC-DMC<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Hearing Date:    August 21, 2025<br>Time:    1:30 p.m.<br>Judge:    Hon. Daniel Calabretta<br><br>Removal Filed: May 5, 2025 |

Plaintiffs NEIL LIEBICK, SHARON CLARK, individually and as guardian ad litem for JANE DOE 1, JANE DOE 2, and JOHN DOE; and JASON FRANKLIN ("Plaintiffs") and Defendants SAMSUNG ELECTRONICS AMERICA, INC. and COSTCO WHOLESALE CORP. ("Defendants") (collectively "Parties"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on June 9, 2025, Defendants file a Motion to Dismiss the First Amended Complaint (ECF No. 10);

WHEREAS, on June 13, 2025, the Court approved the Parties' stipulation to set a briefing schedule, setting Plaintiff's Opposition deadline for June 30, 2025, and Defendants' Reply deadline for July 14, 2025 (ECF No. 13);

WHEREAS, the hearing on Defendants' Motion to Dismiss is currently set for August 21, 2025;

WHEREAS, Plaintiffs filed their Opposition to Defendants' Motion to Dismiss on June 28, 2025 (ECF No. 14);

WHEREAS, due to certain scheduling conflicts and other professional obligations, the parties have agreed to a brief extension of Defendants' deadline to file their Reply;

WHEREAS, this requested extension would move Defendants' Reply deadline from July 14, 2025, to July 21, 2025; and

WHEREAS, the Parties' stipulated extension would have no impact on the hearing date, which remains scheduled for August 21, 2025.

NOW THEREFORE, in consideration of the foregoing, the Parties, by and through their respective counsel of record, HEREBY STIPULATE and respectfully request that the Court enter an order as follows:

1. Defendants' deadline to file their Reply in support of the Motion to Dismiss shall be extended from July 14, 2025, to **July 21, 2025**; and
2. The hearing on the Motion to Dismiss will remain scheduled for **August 21, 2025**.

///

///

///

///

**IT IS SO STIPULATED.**

Dated: July 8, 2025                        **GREENBERG TRAURIG, LLP**

By:    */s/ Anna Yeung*
        Robert J. Herrington
        Anna Yeung

        Attorneys for Defendant
        SAMSUNG ELECTRONICS AMERICA, INC.

Dated: July 8, 2025                        **COOK LAW GROUP**

By:    */s/ Ronald J. Cook*
        Ronald J. Cook
        Attorney for Plaintiffs

Dated: July 8, 2025                        **MAIRE & DEEDON**

By:    */s/ Patrick Deedon*
        Patrick Deedon

        Attorney for Defendant
        COSTCO WHOLESALE CORP.

## ORDER

Pursuant to the Parties' Stipulation to Extend Briefing Deadlines Related to Defendants' Motion to Dismiss and good cause appearing, the Court orders as follows:

1. Defendants' deadline to file their Reply in support of the Motion to Dismiss shall be extended from July 14, 2025, to **July 21, 2025**; and
2. The hearing on the Motion to Dismiss shall remain scheduled for **August 21, 2025**.

**IT IS SO ORDERED.**

Dated: July 10, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE