RONALD J. COOK- SBN 121398
COOK LAW GROUP
20 S. Santa Cruz Avenue, Street, Suite 310
Los Gatos, California 95030
Telephone:     (408) 494-9211
Facsimile:      (408) 493-0400
ron@roncooklawgroup.com

Attorneys for Plaintiffs
NEIL LIEBICK, SHARON CLARK,
individually and as guardian ad litem for
JANE DOE 1, JANE DOE 2, and JOHN
DOE; and JASON FRANKLIN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL LIEBICK, SHARON CLARK, individually and as guardian ad litem for JANE DOE 1, JANE DOE 2, and JOHN DOE; and JASON FRANKLIN,<br><br>          Plaintiffs,<br><br>      v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., COSTCO WHOLESALE CORP., and DOES 1-10,<br><br>        Defendants. | Case No. 2:25-cv-01300-DJC-DMC<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES RELATED TO DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing Date:   November 6, 2025<br>Time:           1:30 p.m.<br>Judge:          Hon. Daniel Calabretta<br><br>Removal Filed: May 5, 2025 |

Plaintiffs NEIL LIEBICK, SHARON CLARK, individually and as guardian ad litem for JANE DOE 1, JANE DOE 2, and JOHN DOE; and JASON FRANKLIN ("Plaintiffs") and Defendants SAMSUNG ELECTRONICS AMERICA, INC. and COSTCO WHOLESALE CORP. ("Defendants") (collectively "Parties"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on September 9, 2025, Defendants filed a Motion to Dismiss the Second Amended Complaint (ECF No. 22);

WHEREAS, pursuant to E.D. Cal. Local Rule 230(c), Plaintiffs' Opposition was due on September 23, 2025, and Defendants' Reply is due on October 3, 2025

WHEREAS, the hearing on the Motion to Dismiss is currently set for November 6, 2025;

WHEREAS, due to a calendaring mistake on Plaintiffs' part explained by the legal assistant for Plaintiffs' counsel being absent for an extended period for medical reasons, the deadline to file the Opposition was mis-calendared, resulting in Plaintiff missing the briefing deadline;

WHEREAS, Plaintiffs' counsel promptly contacted counsel for SAMSUNG to explain the oversight and requested that Defendants stipulate to an extension for Plaintiffs to file their Opposition;

WHEREAS, Costco's counsel being away from the office without cell service until September 29, 2025, Plaintiff's counsel could not confirm his agreement to this Stipulation until his return;

WHEREAS, the parties have agreed to a brief extension of the briefing deadlines;

WHEREAS, pursuant to the stipulated extension, Plaintiffs' Opposition will now be due on September 30, 2025, and Defendants' Reply due on October 14, 2025;

WHEREAS, the Parties' stipulated extension would have no impact on the hearing date, which remains scheduled for November 6, 2025;

NOW THEREFORE, in consideration of the foregoing, the Parties, by and through their respective counsel of record, HEREBY STIPULATE and respectfully request that the Court enter an order as follows:

1. Plaintiffs' deadline to file their Opposition to the Motion to Dismiss shall be extended from September 23 to **September 30, 2025**;

2. Defendants' deadline to file their reply shall be extended from October 3, 2025, to **October 14, 2025**;

3.  The hearing on the Motion to Dismiss shall remain scheduled for **November 6, 2025**;

**IT IS SO STIPULATED.**


Dated:  September 30, 2025                    **GREENBERG TRAURIG, LLP**

                                         By:   /s/_____
                                               Anna Yeung

                                               Attorneys for Defendant
                                               SAMSUNG ELECTRONICS AMERICA, INC.


Dated:  September 30, 2025                    **COOK LAW GROUP**

                                         By:   /s/_____
                                               Ronald J. Cook
                                               Attorney for Plaintiffs


Dated:  September 30, 2025                    **MAIRE & DEEDON**

                                         By:   /s/_____
                                               Patrick Deedon

                                               Attorney for Defendant
                                               COSTCO WHOLESALE CORP.

STIPULATION AND ORDER TO EXTEND MOTION TO DISMISS BRIEFING DEADLINES

## <u>ORDER</u>

Pursuant to the Parties' Stipulation to Extend Briefing Deadlines Related to Defendants' Motion to Dismiss and good cause appearing, the Court orders as follows:

1. Plaintiffs' deadline to file their Opposition to the Motion to Dismiss is extended to **September 30, 2025;**

2. Defendants' deadline to file their reply is extended to **October 14, 2025**;

3. The hearing on the Motion to Dismiss remains set for **November 6, 2025**.

**IT IS SO ORDERED.**


Dated:  September 30, 2025                        /s/ Daniel J. Calabretta
_____
                                                              THE HONORABLE DANIEL J. CALABRETTA
                                                              UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND MOTION TO DISMISS BRIEFING DEADLINES