Robert J. Herrington (SBN 234417)
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel:     (310) 586-7816
Fax:     (310) 586-7800
Robert.Herrington@gtlaw.com

Anna Yeung (SBN 294174)
**GREENBERG TRAURIG, LLP**
101 Second Street, Suite 2200
San Francisco, California 94105
Tel:     (415) 655-5111
Fax:     (415) 520-9319
yeunga@gtlaw.com

*Attorneys for Defendant*
Samsung Electronics America, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL LIEBICK, SHARON CLARK, individually and as guardian ad litem for JANE DOE 1, JANE DOE 2, and JOHN DOE; and JASON FRANKLIN,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., COSTCO WHOLESALE CORP., and DOES 1-10,<br><br>Defendants. | Case No. 2:25-cv-01300-DJC-DMC<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE RESPONSIVE PLEADING**<br><br>Removal Filed: May 5, 2025 |

1    Plaintiffs NEIL LIEBICK, SHARON CLARK, individually and as guardian ad litem for JANE

2   DOE 1, JANE DOE 2, and JOHN DOE; and JASON FRANKLIN ("Plaintiffs") and Defendants

3   SAMSUNG ELECTRONICS AMERICA, INC. and COSTCO WHOLESALE CORP. ("Defendants")

4   (collectively "Parties"), through their respective counsel, hereby stipulate and agree as follows:

5    WHEREAS, on November 6, 2025, the Court granted in part and denied in part Defendants'

6   Motion to Dismiss the Second Amended Complaint; (ECF No. 29);

7    WHEREAS, the Court's Minute Order provides Plaintiffs twenty (20) days to file a Third

8   Amended Complaint, setting a deadline of November 26, 2025 (ECF 29);

9    WHEREAS, under Federal Rule of Civil Procedure 12(a)(1)(A), Defendants' current deadline to

10  respond to the operative complaint is November 20, 2025, which precedes the Court-ordered deadline

11  for any Third Amended Complaint;

12   WHEREAS, to conserve judicial and party resources and to avoid potentially duplicative filings,

13  the Parties agree that Defendants' deadline to file a responsive pleading should be extended to December

14  17, 2025, which is 21 days after the current deadline for filing a Third Amended Complaint;

15   WHEREAS, this stipulation is made in good faith and not for the purpose of delay.

16   NOW THEREFORE, in consideration of the foregoing, the Parties, by and through their

17  respective counsel of record, HEREBY STIPULATE and respectfully request that the Court enter an

18  order extending Defendants' deadline to file a responsive pleading from November 20, 2025 to December

19  17, 2025.

20  **IT IS SO STIPULATED.**

21

22  Dated:  November 12, 2025          **GREENBERG TRAURIG, LLP**

23
                                      By:    */s/ Anna Yeung*
24                                           Robert J. Herrington
                                             Anna Yeung
25
                                             Attorneys for Defendant
26                                           SAMSUNG ELECTRONICS AMERICA, INC.

27

28

Dated:  November 13, 2025                **COOK LAW GROUP**

                              By:    /s/ *Ronald J. Cook*
                                     Ronald J. Cook
                                     Attorney for Plaintiffs


Dated:  November 14, 2025                **MAIRE & DEEDON**

                              By:    */s/ Patrick Deedon*
                                     Patrick Deedon

                                     Attorney for Defendant
                                     COSTCO WHOLESALE CORP.

STIPULATION & ORDER TO EXTEND DEFENDANTS' RESPONSIVE PLEADING DEADLINE

## <u>ORDER</u>

Pursuant to the Parties' Stipulation to Extend Defendants' Deadline to File Responsive Pleading and good cause appearing, the Court orders Defendants' deadline to file a responsive pleading is extended to December 17, 2025.

**IT IS SO ORDERED.**


Dated:  November 14, 2025                              /s/ Daniel J. Calabretta

                                                                              THE HONORABLE DANIEL J. CALABRETTA
                                                                              UNITED STATES DISTRICT JUDGE