RONALD J. COOK- SBN 121398
COOK LAW GROUP
20 S. Santa Cruz Avenue, Street, Suite 310
Los Gatos, California 95030
Telephone: (408) 494-9211
Facsimile: (408) 493-0400
ron@roncooklawgroup.com

Attorneys for Plaintiffs
NEIL LIEBICK, SHARON CLARK, individually and as guardian ad litem for JANE DOE 1, JANE DOE 2, and JOHN DOE; and JASON FRANKLIN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

NEIL LIEBICK, SHARON CLARK, individually and as guardian ad litem for JANE DOE 1, JANE DOE 2, and JOHN DOE; and JASON FRANKLIN,

Plaintiffs,

v.

SAMSUNG ELECTRONICS AMERICA, INC., COSTCO WHOLESALE CORP., and DOES 1-10,

Defendants.

Case No. 2:25-cv-01300-DJC-DMC

**STIPULATION AND ORDER TO STAY DISCOVERY IN PARTICULAR AND THE CASE IN GENERAL WHILE THE PARTIES ENGAGE IN MEDIATION AND TO MODIFY SCHEDULING ORDER [Doc. 43]**

Judge: Hon. Daniel Calabretta

Removal Filed: May 5, 2025

Plaintiffs NEIL LIEBICK, SHARON CLARK, individually and as guardian ad litem for JANE DOE 1, JANE DOE 2, and JOHN DOE; and JASON FRANKLIN ("Plaintiffs") and Defendant SAMSUNG ELECTRONICS AMERICA, INC. ("Defendant") (collectively "Parties"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, the Parties have met and conferred and have agreed that it would be productive to engage in mediation to explore the possibility of resolving this case;

WHEREAS, the Parties have agreed on William Goines of Signature Resolution to serve as their mediator and have scheduled a mediation for September 15, 2026;

WHEREAS, there exists outstanding written discovery between the Parties wherein the time and expense of responding to same can be avoided if the case resolves at mediation;

WHEREAS, the Parties agree that, to conserve time and resources and facilitate meaningful settlement discussions, the Court should stay all discovery and other proceedings in this case through October 15, 2026;

WHEREAS, the Parties recognize that the Scheduling Order **[Doc. 43]** presents an impediment to engaging in mediation without a stay of both discovery and the case in that Plaintiffs are presently required to disclose initial experts and produce reports no later than October 23, 2026;

WHEREAS, the Parties agree that responses to all written discovery outstanding as of the date of this Stipulated Order shall become due thirty (30) days after the Parties conclude mediation and any related settlement discussions, but in no event before October 15, 2026;

WHEREAS, the Parties shall promptly notify the Court if they resolve the case through mediation or determine that settlement discussions have concluded;

WHEREAS, the Parties further agree that besides allowing for mediation, a modification of the Scheduling Order **[Doc. 43]** is also in order in recognition of the fact that that Plaintiffs' expert disclosure and expert report date fall on a date that is six (6) months before the close of fact discovery on April 23, 2027, thereby precluding experts from relying on any discovery responses or developments that might occur after the initial reports are due;

///

///

WHEREAS, the Parties' stipulate that the Scheduling Order **[Doc. 43]** be modified to as follows:

**B. Fact Discovery**

All fact discovery shall be completed[1] no later than **6/23/2027 (existing date is 4/23/2027)**.

**C. Expert Discovery**

Plaintiffs shall disclose initial experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) no later than **1/22/2027** (existing date is 10/23/2026) . Defendant shall disclose initial experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) no later than **3/18/2027** (existing date is 12/18/2026). With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before **4/22/2027** (existing date is 1/22/2027. All expert discovery shall be completed no later than **6/23/2027** (existing date is 4/23/2027…

**V. MOTIONS**

All dispositive motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before **7/7/2027** (existing date is 5/7/202) and shall be noticed for hearing before Judge Calabretta on **8/24/2027 at 1:30 p.m.** (existing date is 6/24/2027).

WHEREAS, the Parties submit that these modified dates will have no impact on the final pretrial conference set for **October 14, 2027,** or the Jury Trial set for **December 7, 2027,** at 8:30 am.

NOW THEREFORE, in consideration of the foregoing, the Parties, by and through their respective counsel of record, HEREBY STIPULATE and respectfully request that the Court enter an Order as follows:

1. All discovery and other proceedings in this case are stayed through October 15, 2026.
2. Responses to all written discovery outstanding as of the date of this Stipulated Order shall become due thirty (30) days after the Parties conclude mediation and any related settlement discussions, but in no event before October 15, 2026.
3. The Parties shall promptly notify the Court if they resolve the case or conclude settlement discussions before that date.
4. The Scheduling Order **[Doc. 43]** be modified as follows:

**B. Fact Discovery**

All fact discovery shall be completed[1] no later than **6/23/2027**.

**C. Expert Discovery**

Plaintiffs shall disclose initial experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) no later than **1/22/2027**. Defendant shall disclose initial experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) no later than **3/18/2027**. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before **4/22/2027**. All expert discovery shall be completed no later than **6/23/2027**…

**V. MOTIONS**

All dispositive motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before **7/7/2027** and shall be noticed for hearing before Judge Calabretta on **8/24/2027 at 1:30 p.m.**

**IT IS SO STIPULATED.**

Dated: August 11, 2026

**GREENBERG TRAURIG, LLP**

By: *_/s/ Anna Yeung_*
Robert J. Herrington
Anna Yeung

Attorneys for Defendant
SAMSUNG ELECTRONICS AMERICA, INC.

Dated: August 11, 2026

**COOK LAW GROUP**

By: *_/s/ Ronald J. Cook_*
Ronald J. Cook
Attorney for Plaintiffs

## ORDER

Pursuant to the Parties' Stipulation to Stay Discovery and the Case in General and to Modify the Scheduling Order, the Court orders as follows:

1. All discovery and other proceedings in this case are stayed through October 15, 2026.
2. Responses to all written discovery outstanding as of the date of this Stipulated Order shall become due thirty (30) days after the Parties conclude mediation and any related settlement discussions, but in no event before October 15, 2026.
3. The Parties shall promptly notify the Court if they resolve the case or conclude settlement discussions before that date.
4. The Scheduling Order **[Doc. 43]** is hereby modified as follows:

   a. All fact discovery shall be completed no later than **6/23/2027**.

   b. Plaintiffs shall disclose initial experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) no later than **1/22/2027**.

   c. Defendant shall disclose initial experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) no later than **3/18/2027**.

   d. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before **4/22/2027**.

   e. All expert discovery shall be completed no later than **6/23/2027**.

   f. All dispositive motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before **7/7/2027** and shall be noticed for hearing before Judge Calabretta on **8/26/2027** at 1:30 p.m.

   g. The final pretrial conference is RESET for **12/9/2027** at 1:30 p.m. in Courtroom 7 before District Court Judge Daniel J. Calabretta.

   h. The jury trial is RESET for **2/14/2028** at 8:30 a.m. in Courtroom 7 before District Court Judge Daniel J. Calabretta.

**IT IS SO ORDERED.**

Dated: August 12, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE